# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

SHAWNEE MATHIS, ET AL.    )
                               )

v.                                   )     No. 1:09-0034
                               )     JUDGE TRAUGER

WAYNE COUNTY BOARD OF EDUCATION,)
ET AL.                           )

## O R D E R

The Order entered October 7, 2010 (Docket Entry No. 42), directing the parties to retrieve under seal documents (Docket Entry Nos. 5 and 6) is hereby VACATED.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE