IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAWNEE MATHIS, mother and legal guardian of the minor child, John Doe, and TAMMY MCGUIRE, mother and legal guardian of the minor child, James Doe, ) ) ) ) ) | Civil No. 1:09-0034 Judge Trauger |
| Plaintiffs, ) ) | |
| v. ) ) | |
| WAYNE COUNTY BOARD OF EDUCATION, WANDA JOHNSTON, individually and as the Director of Wayne County School System, RYAN KEETON, individually and as Principal of the Waynesboro Middle School, and DAVID SISK, individually and as an employee of the Wayne County School System, assigned to Waynesboro Middle School ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## O R D E R

It is hereby **ORDERED** that a discovery dispute telephone conference shall be held with counsel for the parties on Wednesday, November 17, 2010, at 12:30 p.m.

It is so **ORDERED**.

ENTER this 15th day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge