IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAWNEE MATHIS, mother and legal guardian of the minor child, John Doe, and TAMMY MCGUIRE, mother and legal guardian of the minor child, James Doe, </br></br>    Plaintiffs,</br></br>v.</br></br>WAYNE COUNTY BOARD OF EDUCATION, WANDA JOHNSTON, individually and as the Director of Wayne County School System, RYAN KEETON, individually and as Principal of the Waynesboro Middle School, and DAVID SISK, individually and as an employee of the Wayne County School System, assigned to Waynesboro Middle School</br></br>    Defendants. | Civil No. 1:09-0034</br>  Judge Trauger |

## O R D E R

A discovery dispute telephone conference was held with counsel for the parties on November 17, 2010. It is hereby **ORDERED** that the plaintiff shall be allowed to depose a Rule 30(b)(6) witness on behalf of defendant Wayne County School System, and the discovery deadline is **EXTENDED** until December 15, 2010 for purposes of this one deposition only.

It is so **ORDERED**.

ENTER this 17th day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge