IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAWNEE MATHIS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:09-0034 |
| ) | Judge Trauger |
| WAYNE COUNTY BOARD OF ) | |
| EDUCATION, *et al.* ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 55), is **GRANTED IN PART and DENIED IN PART.** The plaintiffs may proceed with their Title IX claim against the Wayne County Board of Education. All other claims and defendants are **DISMISSED**. The defendants' Motion to Strike (Docket No. 79) is **DENIED AS MOOT**.

It is so ordered.

Enter this 1st day of March 2011.

_____
ALETA A. TRAUGER
United States District Judge