# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISRTICT OF TENNESSEE

| | |
|---|---|
| SHAWNEE MATHIS, et al. ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 1:09-cv-0034 |
| ) | |
| WAYNE COUNTY BOARD OF EDUCATION, et al. ) | |
| Defendants ) | |

## AGREED PROTECTIVE ORDER

The parties, as evidenced by the signatures of their respective counsel below, agree to a Protective Order as follows:

1. All records disclosed by the Department of Children's Services' during these proceedings shall be maintained by the parties and their counsel as confidential records and shall not be disclosed or re-released to anyone for any purpose other than the proceedings currently before this Court without further authorization from the Department of Children's Services or the individual identified in the record. DCS records are confidential pursuant to T.C.A. 37-1-409, 37-1-612, and 37-5-107. T.C.A. 37-1-409(c) refers to T.C.A. 37-1-612. T.C.A. 37-1-612(c)(6) provides an exception to the confidentiality statute for: "An attorney or next friend who is authorized to act on behalf of the child, who is the subject of the records, for the purpose of recovering damages or other remedies authorized by law in a civil cause of action against the perpetrator or other person

or persons who may be responsible for the actions of the perpetrator". Plaintiffs' counsel subpoenaed the records of DCS.

2. All information obtained from these records directly or indirectly, including case-specific testimony and out-of-court statements by employees of the Department of Children's Services, shall be considered confidential and shall not be disclosed or re-released to anyone for any purpose other than the proceedings currently before this Court without further authorization from the Department of Children's Services or the individual identified in the record.

3. At the conclusion of these proceedings, all such records containing protected health information, as defined by 45 C.F.R. 106.103 (including medical, mental health, and substance abuse treatment records) in the possession of the parties and their counsel (other than records in the possession of the individual indentified in the record) shall be returned to the Department of Children's Services or destroyed.

**THIS BEING THE AGREEMENT OF THE PARTIES,
IT IS SO ORDERED, ADJUDGED AND DECREED.**

ENTERED the __19th__ day of __May__, 2010.

_____
JUDGE/MAGISTRATE

**APPROVED FOR ENTRY:**

_[signature]_

Elizabeth S. Smith, 016913
Regional General Counsel
State of Tennessee, Department of Children's Services
1400 College Park Dr., Suit A
Columbia, TN 38401
931-490-6034

_[signature]_

Edmund J. Schmidt III, 021313
1720 West End Avenue, Suite 300
Nashville, TN 37203
615-425-7121

_[signature]_

John D. Schwalb, 011671
108 Forth Avenue South, Suite 207
Franklin, TN 37064
615-794-7100