IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHAWNEE MATHIS, Mother and Legal Guardian of the Minor Child JOHN DOE; and TAMMY McGUIRE, Mother and Legal Guardian of the Minor Child, JAMES DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE COUNTY BOARD OF EDUCATION; WANDA JOHNSTON, Individually and as the Director of Wayne County School System; RYAN KEETON, Individually and as Principal of Waynesboro Middle School; and DAVID SISK, Individually and as an Employee of the Wayne County School System, assigned to Waynesboro Middle School,<br><br>Defendants. | No.  **1:09-cv-0034**<br><br>JURY DEMAND<br><br>JUDGE TRAUGER<br><br>MAGISTRATE GRIFFIN |

## PLAINTIFFS' MOTION IN LIMINE NO. 1

Plaintiffs move to exclude any evidence and testimony or argument of counsel regarding the investigative findings of the Tennessee Department of Children's Services ("DCS") performed ancillary to the incident involving the minor plaintiff children listed above.

The defendants have identified as a potential witness Susan Franks as a witness and her investigative file as D18 and Exhibit 1 to Susan Frank's deposition as D17.

Plaintiffs seek to exclude any evidence or testimony by Ms. Franks or any evidence regarding her investigative findings for the reasons set forth in the supporting memorandum.

Respectfully submitted,

LAW OFFICE OF EDDIE SCHMIDT

By: s/Edmund J. Schmidt III
    Edmund J. Schmidt III, TN Bar #021313
    1720 West End Avenue, Suite 300
    Nashville, Tennessee 37203
    Phone: (615) 425-7121
    Fax: (615) 425-7110
    eddie@eschmidtlaw.com

    Ann Johnson
    5000 Caroline
    Houston, TX 77004
    Phone: (713) 523-5000
    Fax: (713) 523-8307
    ann@jiftx.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of May, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    John D. Schwalb, Esq.
    WILLIAMS & SCHWALB, PLLC
    108 Fourth Avenue South, Suite 207
    Franklin, TN 37064
    john_schwalb@msn.com

                                                    Edmund J. Schmidt III
                                                    Edmund J. Schmidt III