IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SHAWNEE MATHIS, Mother and )
Legal Guardian of the Minor Child )
JOHN DOE; and )
TAMMY McGUIRE, Mother and Legal )
Guardian of the Minor Child, )
JAMES DOE, )
      )
    Plaintiffs, )
      )
vs. )  No.   <u>1:09-cv-0034</u>
      )
WAYNE COUNTY BOARD OF EDUCATION; )  JURY DEMAND
WANDA JOHNSTON, Individually and )
as the Director of Wayne County School System; )  JUDGE TRAUGER
RYAN KEETON, Individually and as Principal )
of Waynesboro Middle School; and )  MAGISTRATE GRIFFIN
DAVID SISK, Individually and as an Employee )
of the Wayne County School System, assigned )
to Waynesboro Middle School, )
      )
    Defendants. )

## PLAINTIFFS' MOTION IN LIMINE NO. 2

Plaintiffs move to exclude evidence of exhibits D9 through D12, certified copies of the dismissal of the juvenile charges brought against the minor children J.B., C.S., C.K. and D.K. regarding the "marker" incident that occurred against John Doe in the Waynesboro Middle School boys locker room. Alternatively, should this Court allow this evidence, then plaintiffs should be able to introduce evidence and testimony regarding the entire juvenile proceedings against those minor children for all of the reasons in plaintiffs' supporting memorandum.

Respectfully submitted,

LAW OFFICE OF EDDIE SCHMIDT

By: s/Edmund J. Schmidt III
Edmund J. Schmidt III, TN Bar #021313
1720 West End Avenue, Suite 300
Nashville, Tennessee 37203
Phone: (615) 425-7121
Fax: (615) 425-7110
eddie@eschmidtlaw.com

Ann Johnson
5000 Caroline
Houston, TX 77004
Phone: (713) 523-5000
Fax: (713) 523-8307
ann@jiftx.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of May, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

John D. Schwalb, Esq.
WILLIAMS & SCHWALB, PLLC
108 Fourth Avenue South, Suite 207
Franklin, TN 37064
john_schwalb@msn.com

s/Edmund J. Schmidt III
Edmund J. Schmidt III