# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHAWNEE MATHIS, Mother and Legal Guardian of the Minor Child JOHN DOE; and TAMMY McGUIRE, Mother and Legal Guardian of the Minor Child, JAMES DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> WAYNE COUNTY BOARD OF EDUCATION; WANDA JOHNSTON, Individually and as the Director of Wayne County School System; RYAN KEETON, Individually and as Principal of Waynesboro Middle School; and DAVID SISK, Individually and as an Employee of the Wayne County School System, assigned to Waynesboro Middle School, <br><br> Defendants. | No. **1:09-cv-0034** <br><br> JURY DEMAND <br><br> JUDGE TRAUGER <br><br> MAGISTRATE GRIFFIN |

## PLAINTIFFS' MOTION IN LIMINE NO. 4

Plaintiffs move to exclude any evidence and testimony and argument of counsel regarding dismissal of criminal charges against David Sisk for all of the reasons stated in plaintiffs' supporting memorandum.

Respectfully submitted,

LAW OFFICE OF EDDIE SCHMIDT

By: s/Edmund J. Schmidt III
Edmund J. Schmidt III, TN Bar #021313
1720 West End Avenue, Suite 300
Nashville, Tennessee 37203
Phone: (615) 425-7121
Fax: (615) 425-7110
eddie@eschmidtlaw.com

Ann Johnson
5000 Caroline
Houston, TX 77004
Phone: (713) 523-5000
Fax: (713) 523-8307
ann@jiftx.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of May, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    John D. Schwalb, Esq.
    WILLIAMS & SCHWALB, PLLC
    108 Fourth Avenue South, Suite 207
    Franklin, TN 37064
    john_schwalb@msn.com

                                                       s/Edmund J. Schmidt III
                                                       Edmund J. Schmidt III