# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| SHAWNEE MATHIS, mother and legal guardian of the minor child, John Doe, and TAMMY MCGUIRE, mother and legal guardian of the minor child, James Doe, ) ) ) ) | |
| ) | Civil No. 1:09-0034 |
| ) | Judge Trauger |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WAYNE COUNTY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby **ORDERED** that the pretrial conference scheduled for June 3, 2011 at 1:30 p.m. is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED**.

ENTER this 2nd day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge