New
Verdict
Form

*[signature]*

We have a verdict.

Tammy Young