IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHAWNEE MATHIS, mother and legal guardian )
of the minor child, John Doe, and )
TAMMY MCGUIRE, mother and legal guardian )
of the minor child, James Doe, )
)
    Plaintiffs, ) Civil No. 1:09-0034
) Judge Trauger
v. )
)
WAYNE COUNTY BOARD OF EDUCATION, )
)
    Defendant. )

# VERDICT FORM

1. With regard to plaintiff Matt Lineberry:

    a. Do you find that Matt Lineberry has proved, by a preponderance of the evidence, his claim for sexual harassment under Title IX?

    Yes __X__      No_____

    If you answered "No" to Question 1a, skip Question 1b and go to Question 2. If you answered "Yes" to Question 1a, answer Question 1b.

    b. We find, by a preponderance of the evidence, that Matt Lineberry has established his right to:

    compensatory damages in the amount of $ 100,000.00

    **OR**

    nominal damages in the amount of $_____.

2. With regard to plaintiff Dillon Burton:

1

a. Do you find that Dillon Burton has proved, by a preponderance of the evidence, his claim for sexual harassment under Title IX?

Yes___X___   No_____

If you answered "No" to Question 2a, skip Question 2b. If you answered "Yes" to Question 2a, answer Question 2b.

b. We find, by a preponderance of the evidence, that Dillon Burton has established his right to:

compensatory damages in the amount of $ 100,000.00

**OR**

nominal damages in the amount of $_____.

___[redacted signature]___
JURY FOREPERSON

Date ___June 9, 2011___

2