IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAWNEE MATHIS, mother and legal guardian of the minor child, John Doe, and TAMMY MCGUIRE, mother and legal guardian of the minor child, James Doe,<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE COUNTY BOARD OF EDUCATION,<br><br>Defendant. | Civil No. 1:09-0034<br>Judge Trauger |

○ **Jury Verdict**. This action came before the Court for a trial by jury on the plaintiffs' Title IX claim. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed June 10, 2011 (Docket Entry No. 141). The jury awarded compensatory damages to plaintiff SHAWNEE MATHIS, mother and legal guardian of the minor child, John Doe, in the amount of $100,000, and compensatory damages to plaintiff, TAMMY MCGUIRE, mother and legal guardian of the minor child, James Doe, in the amount of $100,000.

JUDGMENT is therefore entered in favor of plaintiffs and against defendant.

IT IS ORDERED AND ADJUDGED.


JUNE 13, 2011                                         KEITH THROCKMORTON, CLERK
DATE

                                                      *s/Katheryn Beasley*
                                                      BY KATHERYN BEASLEY
                                                      DEPUTY CLERK