IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAWNEE MATHIS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:09-0034 |
| ) | Judge Trauger |
| WAYNE COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant Wayne County Board of Education's Motion for Judgment After Trial or in the Alternative for a New Trial (Docket No. 144) is **DENIED**. The plaintiffs' Motion to Set Attorney's Fees (Docket No. 148) is **GRANTED,** and the plaintiffs are hereby **AWARDED** $210,187.50 in attorney's fees and $1909.87 in costs. The plaintiffs' Motion for Post-Judgment Interest (Docket No. 147) is **GRANTED,** with interest to be awarded based on the date of payment of the judgment and the applicable interest rate.

It is so ordered.

Enter this 2nd day of August 2011.

ALETA A. TRAUGER
United States District Judge